# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: THOMAS O. MATSON and  § Case No. 11-14849
JANET M. MATSON § Hon. A. BENJAMIN GOLDGAR
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/13/2013 in Courtroom 642, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/16/2013      By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| In re: | THOMAS O. MATSON and<br>JANET M. MATSON<br><br>Debtor(s) | § Case No. 11-14849<br>§ Hon. A. BENJAMIN GOLDGAR<br>§ Chapter 7<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $26,722.22
*and approved disbursements of*
*leaving a balance on hand of* [1]         $26,722.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:                         $26,722.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,422.22 | $0.00 | $3,422.22 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $11.15 | $0.00 | $11.15 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $900.00 | $0.00 | $900.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $4,333.37 |
| Remaining balance: | $22,388.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $22,388.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $22,388.85 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,566.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions | $1,835.01 | $0.00 | $1,844.19 |
| 2 | Discover Bank | $1,567.80 | $0.00 | $1,575.64 |
| 3 | Roundup Funding | $511.84 | $0.00 | $514.40 |
| 4 | Roundup Funding | $674.67 | $0.00 | $678.05 |
| 5 | World Financial Network Natl Bank | $539.20 | $0.00 | $541.90 |
| 6 | Capital One Bank(USA) N.A. | $5,670.74 | $0.00 | $5,699.11 |
| 7 | Wells Group Health Partners | $303.75 | $0.00 | $305.27 |
| 8 | eCast Settlement Corp. assignee of Chase Bank | $5,438.31 | $0.00 | $5,465.52 |
| 9 | Ridge Orthopedics & Rehab | $2,025.00 | $0.00 | $2,035.13 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $18,659.21 |
| Remaining balance: | $3,729.64 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $3,729.64 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | NONE | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $3,729.64 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of ____0 percent pursuant to 11 U.S.C. §726(a)(5). Funds available for interest are _____ $92.89 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $3,729.64.

Prepared By:  /s/ ALLAN J. DeMARS
                                    Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                  Case No. 11-14849-ABG
Thomas O. Matson                                                        Chapter 7
Janet M. Matson
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina                 Page 1 of 3              Date Rcvd: Jan 15, 2013
                              Form ID: pdf002               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2013.
db            #+Thomas O. Matson,    9402 South 55th Avenue,    Oak Lawn, IL 60453-2312
jdb           #+Janet M. Matson,    9402 South 55th Avenue,    Oak Lawn, IL 60453-2312
17102081        ACMC Physician Services c/o,    Illinois Collection Service Inc.,    PO Box 1010,
                 Tinley Park, IL 60477-9110
17102082        ATT Mobility-ILL c/o,    Southwest Credit Systems LP,    4120 International PArkway,   Suite 1100,
                 Carrollton, TX 75007-1958
17102085       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital 1 Bank,    Attn: c/o Tys debt Management,    PO Box 5155,
                 Norcross, GA 30091)
17102083        Capital One Bank c/o,    Blatt Hasenmiller, Leibsker & Moore, LLC,    125 South Wacker Drive,
                 Chicago, IL  60606-4440
17102086       +Catherine/tape Report,    1103 Allen Dr,   Milford, OH 45150-8763
17102087       +Chase,    Attn: Bankruptcy Dept.,    PO Box 100018,   Kennesaw, GA 30156-9204
17102089       +Chase Home Finance,    Attn: Bankruptcy Department,    8333 Ridgepoint Dr.,
                 Irving, TX 75063-5812
17102090       +Chase Home Finance c/o,    Freedman Anselmo Linberg,    1807 W. Diehl, PO Box 3107,
                 Naperville, IL 60566-7107
17102088        Chase/Bank One c/o,    Ecast Settlement Corp.,   80 Holtz Dr.,    Buffalo, NY 14225-1470
17102091       +Complete Vision Care, P.C.,    6209 West 95th Street,    Oak Lawn, IL 60453-2701
17102093       +Direct TV c/o,    Nationwide Credit, Inc.,   2015 Vaughn Rd. NW,    Kennesaw, GA 30144-7801
17102092        DirectTV,    PO Box 78626,   Phoenix, AZ 85062-8626
17102094       +DirectTV c/o,    CBCS,   PO Box 69,   Columbus, OH 43216-0069
17102096       +Discover Bank c/o,    Baker Miller,   Attorneys at Law,    29 North Wacker Dr.,
                 Chicago, IL 60606-3221
17102098        Grants c/o,    Jefferson Capital Systems LLC,    PO Box 2270,   Buffalo, NY 14240-2270
17102099       +LVNV FUNDING LLC /o,    Richard J. Boudreau & Assoc.,    5 Industrial Way,   Salem, NH 03079-4866
17102101       +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
17102103        Ridge Orthopedics and Rehab,    5540 W. 111th Street,    Oak Lawn, IL  60453-5574
17102104       +Southwest Hospitals MRI Inc, 2nd Fl.,    3300 W. 127th Street,    Blue Island, IL 60406-3802
17102106       +Wells Group Health Partners,    c/o CB Accounts, Inc.,    1101 Main St.,   Peoria, IL 61606-1928
17102105       +Wfnnb/woman/within,    4590 Broad Street,   Columbus, OH 43213-1301
17636363        eCAST Settlement Corporation,    POB 35480,   Newark NJ 07193-5480
17690535        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                 Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17441633       +E-mail/Text: bnc@atlasacq.com Jan 16 2013 03:16:37     Atlas Acquisitions LLC,
                 assignee of GE Capital Sam’s Club,    294 Union St.,   Hackensack, NJ 07601-4303
17649795       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 16 2013 03:42:02
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
17102084       +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jan 16 2013 03:15:58
                 Capital One Auto Finance,    3901 North Dallas Parkway,   Plano, TX 75093-7864
17537883        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2013 03:43:51     Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
17503847        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 16 2013 06:53:44     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17102095       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 16 2013 06:53:44     Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 3025,   New Albany, OH 43054-3025
17102097        E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 16 2013 05:42:47     First Midwest Bank,
                 Loan Operation Center,    PO Box 9003,   Gurnee, IL 60031-9003
17102100       +E-mail/Text: bankrup@aglresources.com Jan 16 2013 03:12:05     NICOR Gas,
                 Attn: Bankruptcy Department,    1844 Ferry Road,   Naperville, IL 60563-9600
17102102       +E-mail/Text: resurgentbknotifications@resurgent.com Jan 16 2013 03:11:38
                 Resurgent Capital Service/Sherman Aquis,    Attention: Bankruptcy Department,   PO Box 10587,
                 Greenville, SC 29603-0587
17510490        E-mail/Text: resurgentbknotifications@resurgent.com Jan 16 2013 03:11:38     Roundup Funding, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
17102107       +E-mail/Text: don@creditbureauusa.net Jan 16 2013 05:51:44     Wells Group Health Partners,
                 c/o Cb USA Inc.,    5252 Hohman,   Hammond, IN 46320-1723
17519192        E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2013 05:14:37
                 World Financial Network National Bank,    Quantum3 Group LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
17102108       +E-mail/Text: zenith@ebn.phinsolutions.com Jan 16 2013 03:29:26     Zenith Acquisitions,
                 220 John Glenn Dr. #1,    Amherst, NY 14228-2246
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: nmolina             Page 2 of 3             Date Rcvd: Jan 15, 2013
                              Form ID: pdf002           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 3 of 3              Date Rcvd: Jan 15, 2013
                              Form ID: pdf002            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:

         Allan J DeMars    alland1023@aol.com
         Allan J DeMars     on behalf of Trustee Allan J DeMars alland1023@aol.com
         Allan J DeMars     on behalf of Attorney Allan J. DeMars alland1023@aol.com
         Clay  Mosberg    on behalf of Creditor    Chase Home Finance, LLC... cmosberg@fallaw.com,
     tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Steven O Hamill    on behalf of Joint Debtor Janet M. Matson stevenolaw@sbcglobal.net
         Steven O Hamill    on behalf of Debtor Thomas O. Matson stevenolaw@sbcglobal.net
                                                                                                                                                            TOTAL: 7